UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SJON TORI MACKEY,

          Plaintiff,

    v.

PIERCE COUNTY JAIL, *et al*,

          Defendants.

Case No.  C07-5234FDB-KLS

MINUTE ORDER

The court hereby directs the Clerk to enter the following Minute Order:

      On July 6, 2007, the Court issued an order finding plaintiff's application to proceed *in forma pauperis* deficient, and directing plaintiff to cure the deficiencies contained therein by August 6, 2007. (Dkt. #3). On July 17, 2007, the postal service returned plaintiff's copy of that letter, which was sent to his last known address.  Apparently, plaintiff is no longer at that address, but he has not informed the Court of his change of address.

      Local Rule CR 10(f) requires parties to notify the Court within ten days of a change of address.  Local Rule CR 41 states: "A party proceeding pro se shall keep the court and opposing parties advised as to his current address.  If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

      Accordingly, the Clerk shall place a deadline of September 16, 2007, on the Court's calendar to check the record for a change of address filed by plaintiff.

DATED this 29th day of August, 2007.

Karen L. Strombom
United States Magistrate Judge

MINUTE ORDER
Page - 1