# United States District Court

WESTERN DISTRICT OF WASHINGTON

SJON TORI MACKEY

      v.

PIERCE COUNTY JAIL, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5234FDB

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's complaint is DISMISSED without prejudice.

3. The Clerk is directed to terminate this action pursuant to Local Rule CR41.

November 28, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk